| | |
|---|---|
| **TIMONEY, KNOX, HASSON & WEAND, LLP**<br>By:    Richard T. Abell, Esquire<br>Attorney ID  #21517<br>400 Maryland Drive, P.O. Box 7544<br>Fort Washington, PA  19034-7544<br>(215) 646-6000 | Attorney for Defendant<br>CALDER DOOR & SPECIALTY<br>COMPANY |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE DOUGLAS | : | |
| | : | JURY TRIAL DEMANDED |
| V. | : | |
| | : | NO. 02-4556 |
| SCHWEISS DISTRIBUTING, INC.; | : | |
| SCHWEISS BI-FOLD DOORS, INC.; and | : | |
| CALDER DOOR & SPECIALTY COMPANY | : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendant, Calder Door & Specialty Company in the above-captioned matter.

## JURY DEMAND

Defendant, Calder Door & Specialty Company, hereby demands a trial by jury of 12 in the matter captioned above.

DATE:  October 31, 2002

　　　　　　　　　　　　　　　　　　　　　RICHARD T. ABELL, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　Calder Door & Specialty Company

109208-1