IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE DOUGLAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4556 |
| | : | |
| SCHWEISS DISTRIBUTING, INC., SCHWEISS BI-FOLD DOORS, INC. AND CALDER DOOR & SPECIALTY CO. | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on February 19, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                  Michael E. Kunz
                                                  Clerk of Court

                                                  By:_____
                                                  Crystal Wardlaw
                                                  Deputy Clerk
                                                  Phone:267-299-7073

Date:<u>October 25, 2002</u>

Copies:     Thomas McCann, Courtroom Deputy to Judge William H. Yohn, Jr.
               Docket Clerk - Case File

          Counsel:       John M. Popilock, Esq.
                         William J. Devlin, Jr., Esq.
                         Richard T. Abell, Esq.

ARB2.FRM