IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMIE DOUGLAS | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| SCHWEISS DISTRIBUTING, INC., ET AL. | : |
| | : NO. 02-4556 |

O R D E R

**AND NOW**, this 30th day of October, 2002, this action not having been referred to arbitration, **IT IS HEREBY ORDERED** that the arbitration hearing scheduled for February 19, 2003 is **CANCELLED**.

William H. Yohn, Jr., Judge