IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMIE DOUGLAS                          : CIVIL ACTION
                                       :
                    vs.                :
                                       :
SCHWEISS DISTRIBUTING, INC.,           :
ET AL.                                 : NO.  02-4556

O R D E R

    **AND NOW**, this 24th day of March, 2003, upon the request of all parties, **IT IS**

**HEREBY ORDERED** that the deadline for all discovery, including expert witness reports is

**EXTENDED** to June 1, 2003.


                              _____
                                    William H. Yohn, Jr., Judge