IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE DOUGLAS, | : | NO. 2:02-cv-04556-WY |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| SCHWEISS DISTRIBUTING, INC., | : | |
| SCHWEISS BI-FOLD DOORS, INC., | : | |
| CALDER DOOR & SPECIALTY COMPANY, | : | |
| Defendants | : | |

O R D E R

AND NOW, this 3rd day of June, 2003, it is hereby ORDERED that a settlement conference is scheduled before the undersigned for Tuesday, June 17, 2003, at 2:30 p.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:


_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE


6/3/03 Copy via fax to:
John M. Popilock, Esquire (877-434-1068)
William J. Devlin, Jr., Esquire (610-397-4629)
Richard T. Abell, Esquire (215-646-0379)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____  District Court Judge: _____

Jury _____   Non-Jury _____     Trial/Pool Date: _____

Counsel:
  Name         _____

  Address      _____

  Phone        _____  Fax _____

  Client       _____

Status of Discovery and Proposed Discovery Schedule: _____

_____

_____

Motions Pending: _____

_____

_____

Case ready for trial on _____  Estimate of time for entire trial _____

Prospect of Settlement:   Excellent _____   Good _____   Fair _____   Must be Tried _____

Other Relevant Matters: _____

_____

Prior Offers/Demands: _____

_____

Special Comments: _____

Attach Synopsis of Case (Limited to one page)