**EXHIBIT A**

1    compared to an operation where when the safety

2    edges touch it closes a circuit by two pieces of

3    metal being compressed together?

4         A.        I better answer that I don't know.

5         Q.        You don't know one way or the other?

6         A.        I do know it's not two pieces of

7    metal.

8         Q.        Now, the safety electric eye that

9    your company offered as an option and offering at

10   the time it sold this door to Modern Mushroom

11   could that safety eye when engaged simply stop the

12   doors as compared to reversing its direction?

13        A.        Yes.

14        Q.        So a customer could order a safety

15   eye that would reverse the direction but a

16   customer could also order the safety eye that

17   simply stopped all operation of the door?

18        A.        Yes.

19        Q.        Now, with regard to the safety edge,

20   at the time that you sold this door to Modern

21   Mushroom could the customer have ordered the

22   safety edge that would simply stop all operation

23   of the door when the safety edge was engaged?

24        A.        Yes.

**EXHIBIT B**

1          Q.          So the safety edge could have also

2    have been operated so that it reversed the

3    direction of the door when the safety edge was

4    engaged or it could simply stop all movement of

5    the door when the safety edge was engaged?

6                    MR. DEVLIN:  Objection.

7                    That's two different questions.  Ask

8          him the second question.  You have already

9          asked him the first one.  Ask him the second

10         one separately.

11   BY MR. ABELL:

12         Q.          The safety edge, when the safety

13   edge was engaged could it have been set up so that

14   that would reverse the direction of the door?

15         A.          Yes.

16         Q.          The safety edge at the time that

17   your company sold this door to Modern Mushroom it

18   could have also been set up in a different manner

19   so that when the safety edge was engaged the door

20   would simply stop altogether?

21         A.          Yes.

22         Q.          Did your company monitor what type

23   of safety devices are offered by competing bi-fold

24   doors suppliers?

**EXHIBIT C**

Page 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT

OF PENNSYLVANIA

* * * * * * * *

JAMIE DOUGLAS,          *

    Plaintiff          *    Case No.

    vs.          *    02-4556

SCHWEISS          *

DISTRIBUTING, INC.,    *

and SCHWEISS          *

BI-FOLD DOORS, INC.,   *

and CALDER DOOR &      *

SPECIALTY COMPANY,     *

    Defendants          *

* * * * * * * *

DEPOSITION Of

JAMIE DOUGLAS

May 23, 2003

Any reproduction of this transcript

is prohibited without authorization

by the certifying agency.

A. Yes.

Q. And the other person that you
had been working with earlier in the
shift, he was still out in the
Rick's, doing the ---.

A. The other thing.

Q. I'm going to ask you some
questions about time. If you could
give me estimates, I would appreciate
that. I realize that they are not
going to be stopwatch accurate, but
if you can give me a reasonable
approximation, I would appreciate it.
If you can't, I do not want you to
guess. Just tell me that you can't
give me the main number.

A. I'll try.

Q. Fair enough. And if you would
be more comfortable giving a number
within a range rather than a single
number, then please do that. About
how much time had passed between when
you pushed the button to open the
door and when you walked up to where
the wiring cable was?

Page 105

1    A. Maybe seconds.

2    Q. About how much time elapsed

3    between when your hand, when you

4    first realized your hand had been

5    caught, and when your arm broke?

6    A. Probably something I can't

7    answer, because it felt forever for

8    me.

9    Q. Can you give me any estimate

10   as to how far the bottom of the door

11   moved up, between when it was your

12   hand that got caught and when it was

13   your arm broke?

14   A. I'd say five foot.  That's the

15   best I can do, it's about five foot

16   off the ground.  And my arm broke.

17   Q. All right.  So the bottom of

18   the door is about five feet off the

19   ground when your arm broke?

20   A. Yes.

21   Q. And do you know how far the

22   bottom of the door was off the ground

23   when your hand got caught?

24   A. Three and a half, just

25   roughly.

**EXHIBIT D**

25

1      A.      No.

2      Q.      Let's take a step back if I can and

3  just get some personal information about yourself.

4              How old are you?

5      A.      I am fifty.

6      Q.      And what is your educational

7  background?  Did you graduate high school?

8      A.      Yes, I did.

9      Q.      And did you get any education beyond

10  high school?

11      A.      No.

12      Q.      Have you ever gone through any type

13  of formal training at all, through any classes or

14  vocational classes or anything at all?

15      A.      I had a small business management

16  class.

17      Q.      When was that?

18      A.      Ten years ago.

19      Q.      Any other formal educational

20  training that you have undergone besides this

21  small business management class and your high

22  school?

23      A.      No.

24      Q.      Do you have any type of engineering

MICHAEL   SCHWEISS

26

1    background at all?

2        A.        No.

3                MR. DEVLIN:  By that do you mean

4        educational background?  Training?

5                MR. POPILOCK:  Any kind of

6        educational, training.  I am trying to be as

7        broad as I can.

8                MR. DEVLIN:  As opposed to on-the-

9        job.  That's what I was --

10               MR. POPILOCK:  Yes.

11               MR. DEVLIN:  What he is talking

12       about is any training whether it's formal

13       education in engineering like a community

14       college or informal like at a trade school.

15               MR. POPILOCK:  Right.

16               THE WITNESS:  None.

17   BY MR. POPILOCK:

18       Q.        Have you undergone any type of

19   safety training through any type of educational

20   classes or trade shows or anything like that?

21       A.        I hired a firm to put on our safety

22   meetings for our manufacturing process.

23       Q.        And when was that?

24       A.        Ten years.

91

1          A.        In the new company.

2          Q.        So it was after 1994 approximately?

3          A.        Yes.  I don't recall.  I don't know.

4          Q.        It was the design process for the

5    cable shields occurred after the formation of

6    Schweiss Distributing, Incorporated, correct?

7          A.        Yes, I think so.

8          Q.        And who was involved in the design

9    process?

10         A.        I was.

11         Q.        Anyone else?

12         A.        Not that I recall.  What I would do

13   is, and to this day, I will have a man go out back

14   and bend and form a part and weld it here and

15   bring it back into me or vice-versa, I will go out

16   and do it myself.

17         Q.        And is that the process that you

18   underwent for your company when you first started

19   designing the cable shields for the bi-fold doors?

20         A.        Definitely.

21         Q.        Was there any testing done of the

22   shields?

23         A.        Yes.

24         Q.        What testing was done?

MICHAEL L SCHWEISS

248

18

1    connection with the installation of the door?

2          A.       No.

3          Q.       How many times in total have you

4    been to the Modern Mushroom facility?

5          A.       I personally went there one time.

6          Q.       Is there anyone in the employee of

7    Schweiss Distributing who is a professional

8    engineer?

9          A.       No.

10         Q.       Is there anyone who has ever been in

11   the employ of Schweiss Distributing who is a

12   professional engineer?

13         A.       No.

14         Q.       Is there now or in the past been

15   anybody in the employ of Schweiss Distributing who

16   held any type of engineering degree whether an

17   associates degree, a four year college degree or

18   any type of engineering degree?

19         A.       No.

20         Q.       At any time have you ever had your

21   instruction manuals reviewed by a professional

22   engineer?

23         A.       No.

24         Q.       At any time have you ever had your

249

18

1   design for the bi-fold doors reviewed by a

2   professional engineer?

3           A.      Just for wind loaded purposes.

4           Q.      And when did that occur?

5           A.      That's an ongoing process.

6           Q.      Now, we had you review some invoices

7   for your company to Modern Mushroom.

8                   Did you also look to see whether or

9   not your company ever has any invoices or shipping

10  records to Calder Door?

11          A.      Yes, I looked.

12          Q.      And what did you find?

13          A.      I went through all the

14  Pennsylvania's and sort of through every

15  Pennsylvania shipment and I looked for Calder and

16  I did not find anything.  I tried to pull them up

17  on the computer and I couldn't find nothing.

18          Q.      So in your computer you have no

19  record of your company ever having any dealing

20  with Calder Doors; is that correct?

21          A.      Correct.

22          Q.      Would that include anything in terms

23  of whether or not your company had ever sold any

24  replacement parts to Calder Door?

MICHAEL SCHWEIGER

330

10

1          Q.          If it wasn't taut and tight would
2     they have to start all the way over again and take
3     the cable off or just adjust the cable?
4          A.          Just adjust the cable.
5          Q.          The shields that your company makes,
6     either the original design shield with the solid
7     color or the replacement shield with the hinge,
8     have those shields been sent to any outside agency
9     for review or approval?
10         A.          No.
11         Q.          Do you hold any type of patent on
12    either of those two shields?
13         A.          No.
14              MR. ABELL:  I'm done.  Thank you.
15              THE WITNESS:  Thank you.
16                        - - -
17                    EXAMINATION
18                        - - -
19    BY MR. POPILOCK:
20         Q.          I have probably five minutes.
21         A.          Okay.
22         Q.          When you were shown these color
23    photographs that were placed in front of you, you
24    seemed concerned about something in them that you