IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIE DOUGLAS | : | JURY TRIAL DEMANDED |
| | : | |
| V. | : | |
| | : | NO. 02-4556 |
| SCHWEISS DISTRIBUTING, INC.; | : | |
| SCHWEISS BI-FOLD DOORS, INC.; and | : | |
| CALDER DOOR & SPECIALTY COMPANY | : | |

**O R D E R**

AND NOW, this            day of                    , 2003, upon consideration of Defendant Schweiss Distributing, Inc.'s Motion for Summary Judgment and any responses thereto,

It is hereby ORDERED and DECREED, that said Motion for Summary Judgment is DENIED.

BY THE COURT:

_____
J.

131195-1